DANIEL J. BRODERICK, BAR #89424
Federal Defender
MARY M. FRENCH, BAR #126643
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIE BINDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:09-MJ-00072 KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **EXTEND TIME FOR PRELIMINARY** |
| v. | ) | **EXAMINATION AND EXCLUDE TIME** |
| | ) | |
| JULIE BINDI, | ) | Date: July 24, 2009 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Edmund F. Brennan |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between defendant, JULIE BINDI, and plaintiff, United States of America, by and through their attorneys, that the Preliminary Examination set for July 1, 2009, may be continued to July 24, 2009, at 2:00 p.m.

This continuance is requested because Attorney Segal will be unavailable as he is scheduled to be out of the office on leave for several weeks. In addition, the parties are still trying to reach a resolution and need additional time to reduce it to writing. Ms. Bindi and the government have therefore agreed to extend time for the preliminary examination until July 24, 2009, and further agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties also agree that the time

1

within which indictment must be filed may be extended to July 24, 2009, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Dated: June 4, 2009            Respectfully Submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               */s/ Mary M. French*
                               _____
                               MARY M. FRENCH
                               Supervising Assistant
                               Federal Defender
                               Attorney for defendant
                               JULIE BINDI

Dated: June 4, 2009            LAWRENCE G. BROWN
                               Acting United States Attorney

                               */s/ Mary M. French for*
                               *    Matthew Stegal*
                               _____
                               MATTHEW D. SEGAL
                               Assistant U.S. Attorney

## **O R D E R**

The Preliminary Examination is continued to July 24, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

**IT IS SO ORDERED**.

Dated: June 8, 2009.

_____
U.S. MAGISTRATE JUDGE