DANIEL J. BRODERICK, BAR #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIE BINDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-MJ-00072 KJM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND TIME FOR PRELIMINARY** |
| v. ) | **EXAMINATION AND EXCLUDE TIME** |
| ) | |
| JULIE BINDI, ) | Date: August 7, 2009 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Dale A. Drozd |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between defendant, JULIE BINDI, and plaintiff, United States of America, by and through their attorneys, that the Preliminary Examination set for July 24, 2009, may be continued to August 7, 2009, at 2:00 p.m.

   This continuance is requested because the parties are still trying to reach a resolution and need additional time to reduce it to writing. Ms. Bindi and the government have therefore agreed to extend time for the preliminary examination until August 7, 2009, and further agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties also agree that the time within which indictment must be filed may be extended to August 7, 2009, and that time under the Speedy Trial Act may be

1

excluded to that date, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Dated: July 23, 2009        Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      */s/ L. Cusick*

                                      LAUREN D. CUSICK
                                      Assistant Federal Defender
                                      Attorney for defendant
                                      JULIE BINDI

Dated: July 23, 2009        LAWRENCE G. BROWN
                                      Acting United States Attorney

                                      */s/ L. Cusick for*
                                            *Matthew Stegal*

                                      MATTHEW D. SEGAL
                                      Assistant U.S. Attorney

### **O R D E R**

The Preliminary Examination is continued to August 7, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

**IT IS SO ORDERED.**

Dated: July 23, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE