```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JULIE BINDI

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   Case No. 2:09-CR-335 KJM
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER TO
                                 )   CONTINUE JUDGMENT/SENTENCING
13      v.                       )
                                 )
14  JULIE BINDI,                 )   Date: November 12, 2009
                                 )   Time: 10:00 a.m.
15              Defendant.       )   Judge: Kimberly J. Mueller
    _____)
16
```

17      IT IS HEREBY STIPULATED by and between the parties hereto
18  through their respective counsel, Matthew Segal, Assistant United
19  States Attorney, attorney for Plaintiff, and Lauren Cusick,
20  Assistant Federal Defender, attorney for Defendant, that Judgment
21  and Sentencing presently scheduled for October 29, 2009 be vacated,
22  and the matter set for Judgment and Sentencing on November 12, 2009
23  at 10:00 a.m.
24      All parties are in agreement with the new scheduled date.
25  ///
26  ///
27  ///
28  ///

| | |
|---|---|
| Dated: October 28, 2009 | Respectfully Submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | */s/* Lauren D. Cusick |
| | ─────────────────────────<br>LAUREN D. CUSICK<br>Assistant Federal Defender<br>Attorney for defendant<br>JULIE BINDI |
| Dated: October 28, 2009 | LAWRENCE G. BROWN<br>United States Attorney |
| | */s/* Lauren Cusick for |
| | ─────────────────────────<br>MATTHEW D. SEGAL<br>Assistant U.S. Attorney |

## **O R D E R**

**IT IS SO ORDERED.** Judgment and Sentencing is continued to November 12, 2009 at 10:00 a.m.

Dated: November 2, 2009.

_____
U.S. MAGISTRATE JUDGE