DANIEL J. BRODERICK, BAR #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIE BINDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIE BINDI,<br><br>　　　　Defendant. | Case No. 2:09-CR-335 KJM<br><br>**STIPULATION AND ORDER TO VACATE SENTENCING AND SET FOR HEARING AND CHANGE OF PLEA**<br><br>Date: November 12, 2009<br>Time: 10:00 a.m.<br>Judge: Kimberly J. Mueller |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Segal, Assistant United States Attorney, attorney for Plaintiff, and Lauren Cusick, Assistant Federal Defender, attorney for Defendant, that judgment and sentencing presently scheduled for November 12, 2009 be vacated, and the matter set for hearing on defendant's motion to withdraw guilty plea as well as change of plea on superseding informaton on November 12, 2009 at 10:00 a.m.

　　　All parties are in agreement with the new scheduled date.

///

///

1

1 | Dated: November 10, 2009    Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/* Lauren D. Cusick
_____
LAUREN D. CUSICK
Assistant Federal Defender
Attorney for defendant
JULIE BINDI


Dated: November 10, 2009    BENJAMIN WAGNER
United States Attorney

*/s/ Lauren Cusick for*
_____
MATTHEW D. SEGAL
Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated:  November 10, 2009.

_____
U.S. MAGISTRATE JUDGE

2